## NATHANIEL W. SMITH *v.* TUNIS VAN BRUNT.

The rule of this court, in respect to appeals from the Marine or Justices' Courts, is, that no decision can be made thereon, unless the original return, or a certified copy, is submitted.

The return must contain the pleadings. A statement of the testimony and judgment is not sufficient.

If the original return is lost, the parties may procure a new one, or obtain the signature of the justice to a copy.

ACTION for commissions on the negotiation of a sale and exchange of certain houses and lots. The Marine Court gave judgment for the plaintiff. The case came up on the defendant's appeal; when it appeared that, instead of the usual original return, there had been filed a copy containing the testimony at length, and the decision of the justice, but no abstract of the pleadings or statement of the issues involved in the cause.

*Charles W. Sandford*, for the appellant.

*John B. Scoles*, for the respondent.

BY THE COURT. INGRAHAM, FIRST J.—No return is submitted in this case.

The paper purporting to be a copy of the return, does not state for what the action was brought, nor what issue was to be tried. Whether the testimony was pertinent or not, it is impossible for us to decide.

Our rule is not to decide appeal cases except upon *the original return or a certified copy.* If the return is lost, the parties may consent that the justice sign the copy submitted and add the pleadings, or obtain a new return. In some regular way the necessary facts must be placed before the court, in order that we may know what we are called upon to decide. Unless the papers are properly submitted, we shall order the appeal to be dismissed.

Ordered accordingly.